UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KENALL MANUFACTURING CO. and
UNIVERSITY OF STRATHCLYDE

    Plaintiffs,

v.                                            Case No. 2:18-cv-01352-DEJ

OLDENBURG GROUP INCORPORATED
d/b/a VISA LIGHTING

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that the following attorney hereby appears as counsel for the defendant, Oldenburg Group Incorporated, d/b/a Visa Lighting, and respectfully requests that he be provided with copies of all further correspondence, notices, pleadings and other filings in this case.

                      James F. Boyle
                      jfb@boylefred.com
                      WI Bar No. 1019165

                      Respectfully submitted,

Date: October 24, 2018         By:  s/James F. Boyle
                                          James F. Boyle
                                          Attorney for Defendant
                                          Oldenburg Group Incorporated
                                          d/b/a Visa Lighting

Boyle Fredrickson, S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
Phone: 414-225-9755
Email: jfb@boylefred.com
       litigation@boylefred.com